# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157918(66)

*In re* PILAND, Minors.

SC:  157918
COA:  340754
Ingham CC Family Division:
17-000591-NA

_____/

On order of the Chief Justice, the motion of the respondents to extend the time for filing their supplemental brief is GRANTED.  The supplemental brief will be accepted as timely filed if submitted on or before January 22, 2019.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2018

Clerk